**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-22-00047-CV**

**IN RE COMMITMENT OF MARTIN GUADALUPE LUJAN**

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-10-10750-CV**
_____

**MEMORANDUM OPINION**

Martin Guadalupe Lujan appealed from an order denying the petition he filed in the 435th District Court seeking to be transferred to less restrictive housing. In March 2022, the State moved to dismiss the petition for want of jurisdiction. Lujan failed to respond to the State's motion.

We conclude we do not have jurisdiction over Lujan's appeal. As the Court noted in *In re Commitment of Scott*, "[w]hile the trial court retains jurisdiction during the periods that a civil commitment judgment remains in effect, we lack appellate jurisdiction over interlocutory orders signed after the judgment in the civil-

1

commitment case becomes final." No. 09-22-00038-CV, 2022 WL 710205, at *1 (Tex. App.—Beaumont Mar. 10, 2022, no pet. h.) (mem. op.).

Because we lack jurisdiction, we grant the State's motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

Submitted on April 20, 2022
Opinion Delivered April 21, 2022

Before Kreger, Horton and Johnson, JJ.